CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
MAR 15 2007 To C'Ville
JOHN F. CORCORAN, CLERK
BY: /s/ Julie
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, *Plaintiff,* v. TERRY L. DOWDELL, et al. *Defendants.* | CIVIL ACTION NO. 3:01CV00116 ORDER JUDGE NORMAN K. MOON |

This matter is before the court on the Receiver's December 20, 2006 Seventeenth Interim Application for Allowance of Compensation and Expenses. On that day, this application was referred to United States Magistrate Judge B. Waugh Crigler for a Report and Recommendation. This Report was docketed on February 21, 2007, and no objections were timely filed. After a careful consideration of the Application and the Report, this court ADOPTS the Report in its entirety.

The Clerk of the Court is directed to send a certified copy of this Order to all counsel of record.

ENTERED: /s/ Norman K. Moon
U.S. District Judge

March 15, 2007
Date