CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

FEB 0 5 2008

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff,*<br><br>v.<br><br>TERRY L. DOWDELL ET AL.<br><br>*Defendants.* | CIVIL NO. 3:01CV00116<br><br><br>ORDER<br><br><br><br>JUDGE NORMAN K. MOON |

This matter is before the court on the Receiver's Eighteenth, Nineteenth, and Twentieth Interim Applications for Allowance of Compensation and Expenses (docket entry nos. 696, 701 and 703), which were referred to United States Magistrate Judge B. Waugh Crigler for Reports and Recommendations. Judge Crigler entered his Reports on December 14, 2007 and January 9, 2008 (docket entry nos. 711 and 717). After careful consideration of the Applications and the Reports, and no objections having been filed, the Court hereby ADOPTS the Reports in their entirety.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

Entered this 5th day of February, 2008.

*/s/ Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE