CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

MAR 28 2008

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff,*<br><br>v.<br><br>TERRY L. DOWDELL ET AL.,<br><br>*Defendants.* | CIVIL NO. 3:01cv00116<br><br><br>ORDER<br><br><br><br>JUDGE NORMAN K. MOON |

This matter is before the court on the Receiver's Twenty-First Interim Application for Allowance of Compensation and Expenses (docket entry no. 713), which was referred to United States Magistrate Judge B. Waugh Crigler for a Report and Recommendations ("Report"). Judge Crigler entered his Report on March 12, 2008 (docket entry no. 722). After careful consideration of the Application and the Report, and no objections having been filed, the Court hereby ADOPTS the Report in its entirety.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record and to the Receiver.

Entered this 28th day of March, 2008.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE