CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

NOV 25 2008

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff,*<br><br>v.<br><br>TERRY L. DOWDELL, et al.<br><br>*Defendants.* | CIVIL ACTION NO. 3:01CV00116<br><br><br>ORDER<br><br><br><br>JUDGE NORMAN K. MOON |

On September 10, 2008, the Receiver filed its Twenty-Fourth Interim Application for Allowance of Compensation and Expenses for Receiver ("Twenty-Fourth Interim Application") (docket no. 780). On September 15, 2008, I referred the matter, pursuant to 28 U.S.C. §§ 636(b)(1)(A), (b)(1)(B), and (b)(3), to United States Magistrate Judge B. Waugh Crigler for a report and recommended disposition. The Magistrate Judge has now issued his Report and Recommendation (docket no. 792) regarding the Twenty-Fourth Interim Application. After a review of the record, and no objection having been filed to the Magistrate Judge's Report and Recommendation within ten days of its service upon the parties, I hereby adopt the Report and Recommendation (docket no. 792) in its entirety.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record and to United States Magistrate Judge B. Waugh Crigler.

Entered this 25th day of November, 2008.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE