CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

NOV 25 2008

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, *Plaintiff,* v. TERRY L. DOWDELL, et al. *Defendants.* | CIVIL ACTION No. 3:01cv00116 ORDER JUDGE NORMAN K. MOON |

On August 11, 2008, the Receiver filed its Fourth Interim Application for Allowance of Compensation and Expenses for Accountant to the Receiver ("Fourth Interim Application") (docket no. 771). On August 22, 2008, I referred the matter, pursuant to 28 U.S.C. §§ 636(b)(1)(A), (b)(1)(B), and (b)(3), to United States Magistrate Judge B. Waugh Crigler for a report and recommended disposition. Subsequently, the Magistrate Judge issued an order (docket no. 776) requesting clarification from the Receiver, and on September 9, 2008, the Receiver filed an Amended Fourth Interim Application for Allowance of Compensation and Expenses for Accountant to the Receiver ("Amended Fourth Interim Application") (docket no. 777); additionally, the Receiver filed Receiver's Supplement to Fourth Interim Application for Allowance of Compensation and Expenses for Accountant to Receiver (docket no. 779).

The Magistrate Judge has now issued his Report and Recommendation (docket no. 791) regarding the Amended Fourth Interim Application.[*] After a review of the record, and no objection

---

[*] Because the Fourth Interim Application was replaced by the Amended Fourth Interim Application, the Fourth Interim Application was dismissed as moot by Order (docket no. 793) entered on November 13, 2008.

having been filed to the Magistrate Judge's Report and Recommendation within ten days of its service upon the parties, I hereby adopt the Report and Recommendation (docket no. 791) in its entirety.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record and to United States Magistrate Judge B. Waugh Crigler.

Entered this 25th day of November, 2008.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE