CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

FEB 18 2009

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | CIVIL ACTION NO. 3:01cv00116 |
| *Plaintiff,* | |
| v. | ORDER |
| TERRY L. DOWDELL, et al. | |
| *Defendants.* | JUDGE NORMAN K. MOON |

On January 15, 2009, the Receiver filed its Fifth Interim Application for Allowance of Compensation and Expenses for Accountant to the Receiver ("Fifth Application") (docket no. 797). I referred the matter, pursuant to 28 U.S.C. §§ 636(b)(1)(B) and (b)(3), to United States Magistrate Judge B. Waugh Crigler for a report and recommended disposition. The Magistrate Judge has now issued his Report and Recommendation (docket no. 803) regarding the Fifth Application. After a review of the record, and no objection having been filed to the Magistrate Judge's Report and Recommendation within ten days of its service upon the parties, I hereby adopt the Report and Recommendation (docket no. 803) in its entirety, and the Fifth Application is GRANTED. Accordingly, the Accountant's fees of $6,111.50 are APPROVED, and the Accountant is hereby AWARDED the holdback in the amount of $1,083.30.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record and to United States Magistrate Judge B. Waugh Crigler.

Entered this 18th day of February, 2009.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE