CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

FEB 18 2009

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, *Plaintiff*, v. TERRY L. DOWDELL, et al. *Defendants*. | CIVIL ACTION NO. 3:01CV00116<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

On January 16, 2009, the Receiver filed its Twenty-Fifth Interim Application for Allowance of Compensation and Expenses for Receiver ("Twenty-Fifth Application") (docket no. 800). On January 20, 2009, I referred the matter, pursuant to 28 U.S.C. §§ 636(b)(1)(A), (b)(1)(B), and (b)(3), to United States Magistrate Judge B. Waugh Crigler for a report and recommended disposition. The Magistrate Judge has now issued his Report and Recommendation (docket no. 804) regarding the Twenty-Fifth Application. After a review of the record, and no objection having been filed to the Magistrate Judge's Report and Recommendation within ten days of its service upon the parties, I hereby adopt the Report and Recommendation (docket no. 804) in its entirety. Accordingly, the Twenty-Fifth Application is GRANTED, in part, and DENIED, in part; fees in the amount of $18,520.00 ($18,785.00 minus $265.00) and expenses in the amount of $1,545.76 are APPROVED; and the sum of $3,492.00 is AWARDED payable out of the $3,757.00 held back.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record and to United States Magistrate Judge B. Waugh Crigler.

Entered this 18th day of February, 2009.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE