IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

APR 30 2009

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, *Plaintiff,* v. TERRY L. DOWDELL, et al. *Defendants.* | CIVIL ACTION No. 3:01cv00116<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

On April 3, 2009, the Receiver filed its Sixth Interim Application for Allowance of Compensation and Expenses for Accountant to the Receiver ("Sixth Application") (docket no. 809). I referred the matter, pursuant to 28 U.S.C. §§ 636(b)(1)(B) and (b)(3), to United States Magistrate Judge B. Waugh Crigler for a report and recommended disposition. The Magistrate Judge has now issued his Report and Recommendation (docket no. 813) regarding the Sixth Application. After a review of the record, and no objection having been filed to the Magistrate Judge's Report and Recommendation within ten days of its service upon the parties, I hereby adopt the Report and Recommendation (docket no. 813) in its entirety, and the Sixth Application is GRANTED. Accordingly, the Accountant's fees of $2,623.50 are APPROVED, and the Accountant is hereby AWARDED the holdback in the amount of $524.70.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record and to United States Magistrate Judge B. Waugh Crigler.

Entered this 30th day of April, 2009.

*/s/ Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE