CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

APR 30 2009

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                        *Plaintiff,*<br><br>v.<br><br>TERRY L. DOWDELL, et al.<br><br>                        *Defendants.* | CIVIL ACTION NO. 3:01CV00116<br><br><br>ORDER<br><br><br><br>JUDGE NORMAN K. MOON |

On April 3, 2009, the Receiver filed its Twenty-Sixth Interim Application for Allowance of Compensation and Expenses for Receiver ("Twenty-Sixth Application") (docket no. 807). I referred the matter, pursuant to 28 U.S.C. §§ 636(b)(1)(A), (b)(1)(B), and (b)(3), to United States Magistrate Judge B. Waugh Crigler for a report and recommended disposition. The Magistrate Judge has now issued his Report and Recommendation (docket no. 814) regarding the Twenty-Sixth Application. After a review of the record, and no objection having been filed to the Magistrate Judge's Report and Recommendation within ten days of its service upon the parties, I hereby adopt the Report and Recommendation (docket no. 814) in its entirety. Accordingly, the Twenty-Sixth Application is GRANTED, in part, and DENIED, in part; fees in the amount of $9,149.86 ($9,748.12 minus $598.26) and expenses in the amount of $71.13 are APPROVED; and $1,351.36 is AWARDED payable out of the "holdback."

    It is so ORDERED.

    The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record and to United States Magistrate Judge B. Waugh Crigler.

    Entered this 30th day of April, 2009.

                                                  /s/ Norman K. Moon
                                                  NORMAN K. MOON
                                                  UNITED STATES DISTRICT JUDGE