IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, *Plaintiff,* v. TERRY L. DOWDELL, et al. *Defendants.* | CIVIL ACTION NO. 3:01CV00116 ORDER JUDGE NORMAN K. MOON |

On October 26, 2009, the Receiver filed its Eighth Interim Application for Allowance of Compensation and Expenses for Accountant to the Receiver ("Eighth Application") (docket no. 832). I referred the matter, pursuant to 28 U.S.C. §§ 636(b)(1)(B) and (b)(3), to United States Magistrate Judge B. Waugh Crigler for a report and recommended disposition. The Magistrate Judge has now issued his Report and Recommendation (docket no. 836) regarding the Eighth Application. Upon review of the record, and no objection having been filed to the Magistrate Judge's Report and Recommendation within ten days of its service upon the parties, I hereby ADOPT the Report and Recommendation (docket no. 836) in its entirety, and the Eighth Application (docket no. 832) is GRANTED.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record and to United States Magistrate Judge B. Waugh Crigler.

Entered this 17th day of November, 2009.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE