IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, *Plaintiff*, v. TERRY L. DOWDELL, et al. *Defendants*. | CIVIL ACTION NO. 3:01CV00116 ORDER JUDGE NORMAN K. MOON |

On March 15, 2010, the Receiver filed its Twenty-Ninth Interim Application for Allowance of Compensation and Expenses for Receiver ("Twenty-Ninth Application") (docket no. 846). I referred the matter, pursuant to 28 U.S.C. §§ 636(b)(1)(A), (b)(1)(B), and (b)(3), to United States Magistrate Judge B. Waugh Crigler for a report and recommended disposition. The Magistrate Judge has now issued his Report and Recommendation (docket no. 860) regarding the Twenty-Ninth Application. Upon review of the record, and no objection having been filed to the Magistrate Judge's Report and Recommendation within ten days of its service upon the parties, I hereby ADOPT the Report and Recommendation (docket no. 860) in its entirety. Accordingly, the Twenty-Ninth Application (docket no. 846) is GRANTED.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record and to United States Magistrate Judge B. Waugh Crigler.

Entered this __3rd__ day of May, 2010.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE