IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                      *Plaintiff,*<br>v.<br><br>TERRY L. DOWDELL, ET AL.,<br><br>                      *Defendants.* | CIVIL ACTION NO. 3:01CV00116<br><br><br>ORDER<br><br><br>JUDGE NORMAN K. MOON |

    On August 16, 2011, the Receiver filed its Thirty-Third Interim Application for Allowance of Compensation and Expenses for Receiver ("Thirty-Third Application"). I referred the matter, pursuant to 28 U.S.C. §§ 636(b)(1)(A), (b)(1)(B), and (b)(3), to United States Magistrate Judge B. Waugh Crigler for a report and recommended disposition. The Magistrate Judge has now issued his Report and Recommendation regarding the Thirty-Third Application.

    Upon review of the record, and no objection having been filed to the Magistrate Judge's Report and Recommendation within ten days of its service upon the parties, I hereby ADOPT the Report and Recommendation (docket no. 897) in its entirety. Accordingly, the Thirty-Third Application (docket no. 892) is GRANTED, in part, and DENIED, in part, as set forth in Judge Crigler's Report and Recommendation.

    It is so ORDERED.

    The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record and to United States Magistrate Judge B. Waugh Crigler.

    Entered this  21st  day of October, 2011.

                                                      NORMAN K. MOON
                                                      UNITED STATES DISTRICT JUDGE