IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br> *Plaintiff,* <br> v. <br> TERRY L. DOWDELL, ET AL., <br> *Defendants.* | CIVIL ACTION NO. 3:01CV00116 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

On September 1, 2011, the Receiver filed its Thirty-Fourth Interim Application for Allowance of Compensation and Expenses for Receiver ("Thirty-Fourth Application"). I referred the matter, pursuant to 28 U.S.C. §§ 636(b)(1)(A), (b)(1)(B), and (b)(3), to United States Magistrate Judge B. Waugh Crigler for a report and recommended disposition. The Magistrate Judge has now issued his Report and Recommendation regarding the Thirty-Fourth Application.

Upon review of the record, and no objection having been filed to the Magistrate Judge's Report and Recommendation within ten days of its service upon the parties, I hereby ADOPT the Report and Recommendation (docket no. 899) in its entirety. Accordingly, the Thirty-Fourth Application (docket no. 895) is GRANTED, as set forth in Judge Crigler's Report and Recommendation.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record and to United States Magistrate Judge B. Waugh Crigler.

Entered this  21st   day of October, 2011.

                                                                _____
                                                                NORMAN K. MOON
                                                                UNITED STATES DISTRICT JUDGE