# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>           *Plaintiff,*<br>v.<br><br>TERRY L. DOWDELL, ET AL.,<br><br>           *Defendants.* | CIVIL ACTION NO. 3:01CV00116<br><br><br>ORDER<br><br><br>JUDGE NORMAN K. MOON |

On February 13, 2012, the Receiver filed its Eleventh Interim Application for Allowance of Compensation and Expenses for Accountant to Receiver ("Eleventh Application"). I referred the matter to United States Magistrate Judge B. Waugh Crigler for a report and recommended disposition, pursuant to 28 U.S.C. §§ 636(b)(1)(B).

Judge Crigler's review of the Eleventh Application disclosed that the Accountant had not billed at a rate consistent with that approved by the court, and he directed the Accountant and Receiver to file an amended application. Upon consideration of the Amended Eleventh Interim Application for Allowance of Compensation and Expenses for Accountant to Receiver ("Amended Eleventh Application"), Judge Crigler has issued his report and recommendation.

Upon review of the record, and no objection having been filed to Judge Crigler's report and recommendation within fourteen days of its service upon the parties, I hereby ADOPT the report and recommendation (docket no. 908) in its entirety. Accordingly, the Eleventh Application (docket no. 902) is DENIED as MOOT, and DISMISSED; the Amended Eleventh Application (docket no. 906) is GRANTED; the Accountant's fees of $8,950.25 and expenses in the amount of $140.00 are APPROVED; and the Accountant is AWARDED the "holdback" in the amount of $1,720.30.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record and to Judge Crigler.

Entered this __11th__ day of April, 2012.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE