IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            *Plaintiff,*<br>v.<br><br>TERRY L. DOWDELL, ET AL.,<br><br>            *Defendants.* | CIVIL ACTION NO. 3:01CV00116<br><br><br>ORDER<br><br><br>JUDGE NORMAN K. MOON |

On August 17, 2012, the Receiver filed its Thirty-Fifth Interim Application for Allowance of Compensation and Expenses ("Thirty-Fifth Application"), seeking approval of $5,302.60 in fees and reimbursement of expenses in the amount of $70.56 for DuretteCrump PLC, and seeking payment of the 20% holdback amount of $1,060.52. I referred the matter, pursuant to 28 U.S.C. §§ 636(b)(1) and (b)(3), to United States Magistrate Judge B. Waugh Crigler for a report and recommended disposition. The Magistrate Judge has now issued his Report and Recommendation regarding the Thirty-Fifth Application.

Upon review of the record, and no objection having been filed to the Magistrate Judge's Report and Recommendation within fourteen days of its service upon the parties, I hereby ADOPT the Report and Recommendation (docket no. 918) in its entirety, and the Thirty-Fifth Application (docket no. 911) is GRANTED, in part, and DENIED, in part, as set forth in Judge Crigler's Report and Recommendation. Accordingly, the Application is GRANTED to the extent that $1.76 in expenses are approved, $5,011.60 in fees are approved, and the holdback amount of $769.52 is awarded to the Receiver.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel

of record and to United States Magistrate Judge B. Waugh Crigler.

    Entered this __24th__ day of October, 2012.

                                                                                        NORMAN K. MOON  
                                                                                      UNITED STATES DISTRICT JUDGE