IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                            *Plaintiff,*<br>v.<br>TERRY L. DOWDELL, ET AL.,<br>                          *Defendants.* | CIVIL ACTION NO. 3:01-CV-00116<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

Upon receipt and consideration of the Twelfth Interim Application for Allowance of Compensation and Expenses for Accountant to the Receiver (the "Twelfth Interim Application"), I referred the matter, pursuant to 28 U.S.C. § 636(b)(1), to United States Magistrate Judge B. Waugh Crigler for a report and recommended disposition. The Magistrate Judge has now issued his Report and Recommendation (the "Report") regarding the Twelfth Interim Application.

Upon review of the record, and no objection having been filed to the Magistrate Judge's Report within fourteen days of its service upon the parties, I hereby ADOPT the Report (docket no. 925) in its entirety, and the Twelfth Interim Application (docket no. 921) is GRANTED, in part, and DENIED, in part, as set forth in Judge Crigler's Report. Accordingly, the Twelfth Interim Application is GRANTED only to the extent that Accountant's fees of $3,250.20 are approved.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record and to United States Magistrate Judge B. Waugh Crigler.

Entered this __26th__ day of November, 2012.

                                                          */s/ Norman K. Moon*
                                                          NORMAN K. MOON
                                                          UNITED STATES DISTRICT JUDGE