**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
CHARLOTTESVILLE DIVISION

SECURITIES AND EXCHANGE COMMISSION,

*Plaintiff,*

v.

TERRY L. DOWDELL, ET AL.,

*Defendants.*

CIVIL ACTION NO. 3:01-CV-00116

**O R D E R**

JUDGE NORMAN K. MOON

Upon receipt and consideration of the Thirty-Sixth Interim Application for Allowance of Compensation and Expenses for Receiver and Counsel for Receiver (the "Thirty-Sixth Interim Application"), I referred the matter, pursuant to 28 U.S.C. § 636(b)(1), to United States Magistrate Judge B. Waugh Crigler for a report and recommended disposition.  Judge Crigler has now issued his Report and Recommendation (the "Report") regarding the Thirty-Sixth Interim Application.

Upon review of the record, and no objection having been filed to the Magistrate Judge's Report within fourteen days of its service upon the parties, I hereby ADOPT the Report (docket no. 933) in its entirety, and the Thirty-Sixth Interim Application (docket no. 931) is GRANTED, in part, and DENIED, in part, to the following extent:  expenses in the amount of $85.16 are approved; the Receiver's fees in the amount of $20,132.70 are approved; and the Receiver is awarded the holdback in the amount of $3,713.59.

It is so ORDERED.

The Clerk of the Court is directed to send a certified copy of this order to all counsel of record and to United States Magistrate Judge B. Waugh Crigler.

Entered this   20th    day of February, 2013.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE