IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                              *Plaintiff,*<br>v.<br><br>TERRY L. DOWDELL, ET AL.,<br><br>                              *Defendants.* | CIVIL ACTION NO. 3:01-CV-00116<br><br>**O R D E R**<br><br>JUDGE NORMAN K. MOON |

      Upon receipt and consideration of the Thirty-Sixth Interim Application for Allowance of Compensation and Expenses for Receiver and Counsel for Receiver (the "Thirty-Sixth Interim Application"), I referred the matter, pursuant to 28 U.S.C. § 636(b)(1), to United States Magistrate Judge B. Waugh Crigler for a report and recommended disposition. Judge Crigler has now issued his Report and Recommendation (the "Report") regarding the Thirty-Sixth Interim Application.

      Upon review of the record, and no objection having been filed to the Magistrate Judge's Report within fourteen days of its service upon the parties, I hereby ADOPT the Report (docket no. 933) in its entirety, and the Thirty-Sixth Interim Application (docket no. 931) is GRANTED, in part, and DENIED, in part, to the following extent: expenses in the amount of $85.16 are approved; the Receiver's fees in the amount of $20,132.70 are approved; and the Receiver is awarded the holdback in the amount of $3,713.59.

      It is so ORDERED.

      The Clerk of the Court is directed to send a certified copy of this order to all counsel of record and to United States Magistrate Judge B. Waugh Crigler.

      Entered this __20th__ day of February, 2013.

                                                    /s/ Norman K. Moon
                                                  NORMAN K. MOON
                                                  UNITED STATES DISTRICT JUDGE