IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>             *Plaintiff,*<br>v.<br><br>TERRY L. DOWDELL, ET AL.,<br><br>             *Defendants.* | CIVIL ACTION NO. 3:01-CV-00116<br><br>**O R D E R**<br><br>JUDGE NORMAN K. MOON |

Upon receipt and consideration of the Thirty-Seventh Interim Application for Allowance of Compensation and Expenses for Receiver and Counsel for Receiver (the "Thirty-Seventh Interim Application"), I referred the matter, pursuant to 28 U.S.C. § 636(b)(1) and (b)(3), to United States Magistrate Judge Robert S. Ballou for a report and recommended disposition. Judge Ballou has now issued his Report and Recommendation (the "Report") regarding the Thirty-Seventh Interim Application.

Upon review of the record, and no objection having been filed to the Magistrate Judge's Report within fourteen days of its service upon the parties, I hereby ADOPT the Report (docket no. 939) in its entirety, and the Thirty-Seventh Interim Application (docket no. 936) is GRANTED, in part, and DENIED, in part, as follows: expenses in the requested amount of $0.00 are approved; the Receiver's fees are approved in a reduced amount of $18,632.50; and the Receiver is awarded the holdback amount of $3,726.50.

It is so ORDERED.

The Clerk of the Court is directed to send a certified copy of this order to all counsel of record and to United States Magistrate Judge Robert S. Ballou.

Entered this __2nd__ day of April, 2014.

                     _____
                     NORMAN K. MOON
                     UNITED STATES DISTRICT JUDGE