IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                                *Plaintiff,*<br>v.<br><br>TERRY L. DOWDELL, ET AL.,<br><br>                                *Defendants.* | CIVIL ACTION NO. 3:01-CV-00116<br><br>**O R D E R**<br><br>JUDGE NORMAN K. MOON |

Upon receipt and consideration of the Thirteenth Interim Application for Allowance of Compensation and Expenses for Accountant to the Receiver (the "Thirteenth Application"), I referred the matter, pursuant to 28 U.S.C. § 636(b)(1) and (b)(3), to United States Magistrate Judge Robert S. Ballou for a report and recommended disposition. Judge Ballou has now issued his Report and Recommendation (the "Report") regarding the Thirteenth Application.

Upon review of the record, and no objection having been filed to the Magistrate Judge's Report within fourteen days of its service upon the parties, I hereby **ADOPT** the Report (docket no. 947) in its entirety, and the Thirteenth Application (docket no. 943) is **GRANTED**, **in part**, **and DENIED**, **in part**, as follows: the Accountant's fees in the amount of $18,582.00, plus the adjustment of $145.50, and expenses, are **APPROVED**, for a total fee of $18,727.50; the Accountant has been paid $15,798.00 of the approved amount, and thus is **AWARDED** $2,784.00 of the holdback amount, along with the net adjustment of $145.50, for a total of $2,929.50.

It is so **ORDERED**.

The Clerk of the Court is directed to send a certified copy of this order to all counsel of record and to United States Magistrate Judge Robert S. Ballou.

Entered this __4th__ day of December, 2014.

                                                                    NORMAN K. MOON
                                                                     UNITED STATES DISTRICT JUDGE