IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                                *Plaintiff,*<br>v.<br><br>TERRY L. DOWDELL, ET AL.,<br><br>                                *Defendants.* | CIVIL ACTION NO. 3:01-CV-00116<br><br>**O R D E R**<br><br>JUDGE NORMAN K. MOON |

Upon receipt and consideration of the Thirty-Eighth Interim Application for Allowance of Compensation and Expenses for Receiver and Counsel for Receiver (the "Thirty-Eighth Application"), I referred the matter, pursuant to 28 U.S.C. § 636(b)(1) and (b)(3), to United States Magistrate Judge Robert S. Ballou for a report and recommended disposition. Judge Ballou has now issued his Report and Recommendation (the "Report") regarding the Thirty-Eighth Application.

Upon review of the record, and no objection having been filed to the Magistrate Judge's Report within fourteen days of its service upon the parties, I hereby **ADOPT** the Report (docket no. 948) in its entirety, and the Thirty-Eighth Application (docket no. 941) is **GRANTED**, **in part**, **and DENIED**, **in part**, as follows: the Receiver's fees in the amount of $8,114.20 are **APPROVED**; the Receiver has been paid $6,644.00 of the approved amount, and thus is **AWARDED** $1,470.20 from the holdback amount.

It is so **ORDERED**.

The Clerk of the Court is directed to send a certified copy of this order to all counsel of record and to United States Magistrate Judge Robert S. Ballou.

Entered this __4th__ day of December, 2014.

*/s/ Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE