# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, *Plaintiff*, <br><br> v. <br><br> TERRY DOWDELL, *ET AL.*, *Defendants.* | CASE NO. 3:01–cv–00116 <br><br> ORDER ADOPTING REPORTS AND RECOMMENDATIONS <br><br> JUDGE NORMAN K. MOON |

Before the Court are the Thirty-Ninth Interim Application for Allowance of Compensation and Expenses for Receiver and Counsel for the Receiver (dkt. 951) and the Fourteenth Interim Application for Allowance of Compensation and Expenses for Accountant to the Receiver. (Dkt. 953). Magistrate Judge Robert S. Ballou issued a report and recommendation on each application. (Dkts. 955, 956). Upon review of the record, and no objection having been filed, I **ADOPT** his reports. (Dkts. 955, 956). Thus, the Thirty-Ninth Application is **GRANTED in part and DENIED in part** (dkt. 951), with the Receiver fees of $44,892.80 approved, and the Receiver **AWARDED** the holdback in the amount of $8,703.60. The Fourteenth Application is **GRANTED in part and DENIED in part**, with the Accountant's fees of $8,273.50 approved, and the Receiver **AWARDED** the holdback in the amount of $747.50. The Clerk of Court is directed to send a certified copy of this Order to counsel.

Entered this __12th__ day of August, 2016.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE