CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

09/27/2017

JULIA C. DUDLEY, CLERK
BY: H. Wheeler
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, *Plaintiff*, v. TERRY DOWDELL, *ET AL.*, *Defendants.* | CASE NO. 3:01–cv–00116 ORDER ADOPTING REPORTS AND RECOMMENDATIONS JUDGE NORMAN K. MOON |

Before the Court are the Fortieth Interim Application for Allowance of Compensation and Expenses for Receiver and Counsel for the Receiver, and the Fifteenth and Sixteenth Interim Applications for Allowance of Compensation and Expenses for Accountant to the Receiver. (Dkts. 959, 961, 963). Magistrate Judge Robert S. Ballou issued a report and recommendation on each application. (Dkts. 968, 969, 970). Upon review of the record and no objections having been filed, I **ADOPT** his reports. Thus, the Fortieth Application is **GRANTED in part and DENIED in part**, with the Receiver fees of $20,116.70 approved, and the Receiver **AWARDED** the holdback in the amount of $3,372.14. The Fifteenth Application is **GRANTED**, with the Accountant's fees of $36,555.15 approved, and the Receiver **AWARDED** the holdback in the amount of $7,035.83. The Sixteenth Application is **GRANTED**, with the Accountant's fees of $3,776.00 approved, and the Receiver **AWARDED** the holdback in the amount of $755.20. The Clerk is directed to send this Order to counsel.

Entered this 27th day of September, 2017.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE